UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW DAVID COAD,

Defendant.
_____________________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Distribution of Child Pornography)

On or about April 1, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

MATTHEW DAVID COAD

knowingly distributed child pornography using any means or facility of interstate or foreign commerce.

Specifically, the defendant distributed one or more images of child pornography over a cellular communications network and a wireless internet connection. Such images include, but are not limited to, the following files:

1. rk5gmks0wawu28v8qj0nb8ytd52m36md-chat-pic.jpeg, and
2. jqepii6eqzxmaps7c3aqh1fga3zuqq0l-chat-pic.jpeg.

18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
18 U.S.C. § 2256(8)(A)

**COUNT 2**

(Possession of Child Pornography)

On or about July 29, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

MATTHEW DAVID COAD

knowingly possessed images and videos of child pornography that involved prepubescent minors, including, but not limited to, the following files:

1. [Hurtcore][Baby] Baby 0yo suck penis cum in mouth toddler best.avi, and
2. BBCaps Comp – When I was a Young boy.avi

These depictions were shipped and transported using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce by any means, including by computer, and were produced using materials that had been shipped and transported in and affecting interstate or foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)(A)

## PRIOR FELONY CONVICTION

The Grand Jury finds that at the time of the illegal acts alleged in Counts 1 and 2, the defendant, MATTHEW DAVID COAD, had a prior conviction under the laws of any state relating to sexual abuse or abusive conduct involving a minor.

Specifically, on or about November 18, 2015, in Macomb County, Michigan, in case number 2015-2578-FH, MATTHEW DAVID COAD was convicted of one count of Criminal Sexual Conduct in the Second Degree (person under 13) in violation of Mich. Comp. Laws Section 750.750c.

18 U.S.C. § 2552A(b)(1)
18 U.S.C. § 2552A(b)(2)

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, as charged in this Indictment,

MATTHEW DAVID COAD

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property. The property to be forfeited, as to both counts, includes, but is not limited to: a Samsung Galaxy S10E (IMEI 354773100273).

18 U.S.C. § 2253
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

CONSTANCE TURNBULL
Assistant United States Attorney